IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

GALE KALB,                          )          CASE NO. 5:14-CV-1128
                                    )
              Plaintiff,            )
                                    )
      v.                            )          MAGISTRATE JUDGE
                                    )          KATHLEEN BURKE
COMMISSIONER OF SOCIAL              )
SECURITY,                           )
                                    )          **MEMORANDUM**
              Defendant.            )          **OPINION AND ORDER**


On November 25, 2014, the parties filed a Joint Proposed Stipulation to Remand under

Sentence Four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), wherein they

request that the Court remand the case for further proceedings and enter judgment in favor of

Plaintiff.  Doc. 15 ("Joint Stipulation").  The parties stipulate that:

> Upon remand, the agency will afford Plaintiff the opportunity for a new hearing before an
> ALJ, where Plaintiff may testify and present additional arguments and evidence. The ALJ
> will further evaluate the claimant's credibility, address the opinions from the Veteran's
> Administration and address the discrepancies between the opinions of the state agency
> reviewing physicians. The ALJ will also consider whether additional testimony from
> medical or vocational experts is necessary. The ALJ will proceed through the sequential
> evaluation process as needed to reach a *de novo* decision.

Doc. 15.

Upon consideration of the parties' Joint Stipulation, the Court hereby remands the case

for further proceedings consistent with the parties' Joint Stipulation and enters judgment in favor

of Plaintiff.


Dated: November 26, 2014

_____
Kathleen B. Burke
United States Magistrate Judge